# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DUSTIN CURTIS et al., | CASE NO. C19-1366-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CAPITAL ONE FINANCIAL CORPORATION et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay (Dkt. No. 5). The parties seek to stay this case pending the Judicial Panel on Multidistrict Litigation's decision whether to transfer and consolidate this and other related cases. *See In re Capital One Consumer Data Breach Litigation*, MDL No. 2915 (J.P.M.L. July 31, 2019). Having considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that this case is stayed until further notice from the Court. Any party may move to lift the stay if the JPML decides not to transfer this case. In addition, the parties shall inform the Court of the JPML's decision no later than seven days after it is issued.

DATED this 11th day of September 2019.

1  William M. McCool
   Clerk of Court

2  s/Tomas Hernandez
3  Deputy Clerk

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C19-1366-JCC
PAGE - 2